**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS COLESBERRY, EVA GUERRERO, and DAVID HUGH OLSEN on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br>    v.<br><br>RUIZ FOOD PRODUCTS, INC., et al.,<br><br>            Defendants. | CV F 04-5516 AWI SMS<br><br>ORDER VACATING JUNE 19, 2006 HEARING DATE |

    The parties' motion for conditional certification or mandatory class, preliminary approval of settlement, and approval of notice to class members is pending in this action and set for hearing on June 19, 2006.  The court has reviewed the moving papers, supplemental brief, and relevant law and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 19, 2006, and the parties shall not appear at that time.  As of Juen 19, 2006, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **June 14, 2006**                        /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE