R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
Trucker ♋ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415)-788-3111
Facsimile: (415)-421-2017
E-mail: bhuss@truckerhuss.com
        sschwarz@truckerhuss.com
        ckang@truckerhuss.com

Attorneys for Defendants
RUIZ FOOD PRODUCTS, INC., THE PLAN
COMMITTEE OF RUIZ FOOD PRODUCTS, INC.
EMPLOYEE STOCK OWNERSHIP PLAN, FREDERICK
R. RUIZ, KIMBERLEY RUIZ-BECK, and F. BRYCE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COLESBERRY, EVA GUERRERO, and DAVID HUGH OLSON, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RUIZ FOOD PRODUCTS, INC., THE PLAN COMMITTEE OF RUIZ FOOD PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, FREDERICK R. RUIZ, KIMBERLEY RUIZ-BECK, F. BRYCE RUIZ, RUIZ GENERATION 3, LLC, and CONSULTING FIDUCIARIES, INC.,<br><br>        Defendants. | Civ. F-04-5516 AWI SMS<br><br>**STIPULATION**<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL** |

All of the parties to this action hereby stipulate, by and through their attorneys of record, to

the entry of a Final Judgment and Order of Dismissal, the proposed form of which is attached here,

STIPULATION AND FINAL JUDGMENT AND ORDER OF DISMISSAL                                                      1

#818802

1  ///

2  in accordance with the Stipulation of Settlement executed by the parties and finally approved by

3  this Court on November 13, 2006.

                                       TRUCKER ⌂ HUSS

Dated: December 12, 2006        By: /s/ R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendants Ruiz Food Products, Inc., The Plan Committee of Ruiz Food Products, Inc. Employee Stock Ownership Plan, Frederick R. Ruiz, Kimberley Ruiz-Beck, and F. Bryce Ruiz

Dated: December 12, 2006        SEYFARTH SHAW, LLP

                                         By: /s/ Mark Casciari (as authorized on December 12, 2006)
                                         Mark Casciari, Admitted Pro Hac Vice
                                         Attorneys for Defendants CFI

Dated: December 11, 2006        MCDONALD HOPKINS CO., LPA

                                         By: /s/ Dan L. Makee (as authorized on December 11, 2006)
                                         Dan L. Makee, Admitted Pro Hac Vice
                                         Attorneys for Defendants RG3

Dated: December 12, 2006        LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

                                         By: /s/ Daniel M. Feinberg
                                         (as authorized on December 12, 2006)
                                         Daniel M. Feinberg
                                         Attorneys for Plaintiffs
                                         THOMAS COLESBERRY, EVA GUERRERO, and DAVID HUGH OLSEN on behalf of themselves and all similarly situated class members.

STIPULATION AND FINAL JUDGMENT AND ORDER OF DISMISSAL      2

#818802

**ORDER**

This Court hereby dismisses with prejudice and without costs (except as otherwise provided in the Order Granting Final Approval of Class Action Settlement and Award of Attorneys' Fees and Costs entered on November 13, 2006 ("Final Approval Order")) the above-captioned litigation, pursuant to the Final Approval Order, which is incorporated herein by reference.

Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the interpretation, administration, and consummation of the Settlement Agreement that was approved by the Final Approval Order.

Final judgment is entered *nunc pro tunc* as of November 13, 2006, the date this Court entered the Final Approval.

IT IS SO ORDERED.

Dated:   December 13, 2006           /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

STIPULATION AND FINAL JUDGMENT AND ORDER OF DISMISSAL                    3

#818802